RECEIVED
IN MONROE, LA.
APR 2 0 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ANDRE WINGO | CIVIL ACTION NO. 12-0014 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| ALLAN JOHNSON, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 6] is **GRANTED**, and Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted.

**MONROE, LOUISIANA**, this 19 day of April, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE